# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RICHARD L. MORROW**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　　　　　　**CASE NO. 3:17-CV-00087 KGB/BD**

**STEVE ROREX, et al.**　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

　　Richard Morrow, an inmate at the Poinsett County Detention Center ("Detention Center"), filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) Mr. Morrow alleges that Defendants have forced him to endure unconstitutional conditions of confinement. He names four individuals as Defendants.

　　Mr. Morrow cannot move forward on his claims, as written, because the complaint is missing critical information. He must file an amended complaint to clarify his claims or risk dismissal of some or all of his claims.

　　In the amended complaint, Mr. Morrow must explain how each Defendant was aware of the alleged unconstitutional conditions at the Detention Center and state how he was injured as a result of the conditions.

　　Mr. Morrow has thirty days to file an amended complaint. His failure to comply with this Court's order may result in the dismissal of some or all of his claims, without prejudice. Local Rule 5.5.

IT IS SO ORDERED, this 24th day of April, 2017.

　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE