# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RICHARD L. MORROW**                                       **PLAINTIFF**

**V.**                 **CASE NO. 3:17-CV-00087 KGB/BD**

**STEVE ROREX, et al.**                                         **DEFENDANTS**

## ORDER

Richard L. Morrow, an inmate at the Poinsett County Detention Center, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) Because the original complaint lacked critical information, Mr. Morrow was provided an opportunity to file an amended complaint. He has now submitted his amended complaint. (#6)

Based on the allegations in the amended complaint, Mr. Morrow has stated a constitutional claim against each of the named Defendants, and service is proper.

The Clerk is directed to prepare a summons for each Defendants. The United States Marshal is directed to serve a copy of the complaint and the amended complaint, with any attachments (docket entries #2, #6), and a summons for each Defendant without requiring prepayment of fees and costs or security. Service for all Defendants should be through the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72432.

IT IS SO ORDERED, this 27th day of April, 2017.

                                                                                              _____
                                                                                     UNITED STATES MAGISTRATE JUDGE