# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RICHARD L. MORROW**                                          **PLAINTIFF**

**V.**                 **CASE NO. 3:17-CV-00087 KGB/BD**

**STEVE ROREX, et al.**                                        **DEFENDANTS**

## ORDER

Summons issued for Defendant Muse was returned to the Court unexecuted with the notation "refused." (Docket entry #19) Defendants Hitts and Rorex have fourteen days to notify the Court whether Defendant Muse is a former employee of Poinsett County Detention Center and, if so, to provide the Court with Defendant Muse's last known address under seal.

In addition, on May 12, 2017, summons was returned executed for Defendant Mills. (#12) Defendant Mills, however, has not responded to Mr. Morrow's complaint. As a result, Defendant Mills risks having a default judgment entered against him.

Defendant Mills will have until July 5, 2017, to respond to Mr. Morrow's complaint. If Defendant Mills fails to respond to Mr. Morrow's complaint by that date, the Court will enter an order directing Defendant Mills to show cause why a default judgment should not be entered against him.

IT IS SO ORDERED, this 21st day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE