# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RICHARD L. MORROW**                                             **PLAINTIFF**

**V.**                  **CASE NO. 3:17-CV-00087 KGB/BD**

**STEVE ROREX, et al.**                                        **DEFENDANTS**

## ORDER OF DISMISSAL

Mr. Morrow has moved to voluntarily dismiss the claims raised in this lawsuit. (Docket entry #24) The motion (#24) is GRANTED. For good cause, Mr. Morrow's claims are DISMISSED, without prejudice.

IT IS SO ORDERED, this 28th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE