# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RICHARD L. MORROW**                                                    **PLAINTIFF**

V.                 **CASE NO. 3:17-CV-00087 KGB/BD**

**STEVE ROREX, et al.**                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 28th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE